## BACON *v.* LAMB.

1. The filing of a notice of appeal and service on the same day must be presumed to have been cotemporaneous. The notice of appeal need not state the grounds of appeal.

2. Under the Code, on a trial to the court, a judgment reserved is deemed excepted to for the purpose of appeal.

*Appeal from County Court of El Paso County.*

Mr. WM. HARRISON, for appellee, now moved to dismiss the appeal.

Mr. T. A. McMORRIS, *contra.*

*Per Curiam.* The grounds assigned for the dismissal of this appeal are not good. The filing of the notice of appeal and service were on the same day, and are presumed to have been cotemporaneous. It is not necessary that the notice of appeal should state the grounds of appeal. Under section 197 of the Code, where a case has been tried to the court, and the decision is not made immediately after the closing of the testimony, it is deemed excepted to for the purpose of review on appeal.

*Motion denied.*